Pasquale T. Annarummo, Town Sol., Warren, for respondents.

## ORDER

The petition for writ of certiorari and petitioner's motion for stay are both denied.

WEISBERGER, J., did not participate.

*Motorists Insurance Company*, 431 A.2d 416 (R.I.1981) wherein this same issue was before us. In *Pin Pin*, we decided that the insurance policy requirement of physical contact in these cases is void as against the policy inherent in the uninsured-motorist statute.

Accordingly, the judgment of the Superior Court is hereby vacated and this case is remanded to the Superior Court for reconsideration in light of *Pin Pin H. Su.*

WEISBERGER, J., did not participate.

# SECURITY MUTUAL INSURANCE CO.

v.

## Veronica K. MARIA et al.

### No. 81-29-A.

Supreme Court of Rhode Island.

July 30, 1981.

Bennett R. Gallo, Providence, for plaintiff.

Ronald J. Resmini, Providence, for defendants.

## ORDER

This case is here on appeal from a Superior Court judgment wherein it was determined that recovery under the "hit and run" provisions of an uninsured motorist policy was precluded in the absence of physical contact between the insured's vehicle and that of the unidentified motorist. The briefing requirements herein were stayed pending our decision in *Pin Pin H. Su. v. Kemper Insurance Companies/American*

# TOWN OF JOHNSTON

v.

## JOHNSTON FIRE FIGHTERS, IAFF LOCAL 1950, AFL–CIO.

### No. 81-308-M.P.

Supreme Court of Rhode Island.

July 30, 1981.

Richard C. Tallo, Town Sol., Johnston, for petitioner.

Hawkins & Hoopis, Harry J. Hoopis, Providence, for respondent.

## ORDER

The petitioner for writ of certiorari is denied.

WEISBERGER, J., did not participate.